IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02154-MSK-MEH

BRADLEY J. KRONEBERGER,

    Plaintiff,

v.

MORGAN STANLEY DW, INC.,

    Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned judge has a financial interest in a party to the proceeding. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 30th day of October, 2006

                            **BY THE COURT:**

                            */s/ Marcia S. Krieger*

                            Marcia S. Krieger
                            United States District Judge