IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02154-RPM

BRADLEY J. KRONEBERGER,

        Petitioner,

v.

MORGAN STANLEY DW, INC.,

        Respondent.

_____

ORDER DENYING MOTION FOR STAY OF EXECUTION
_____

        Upon review of the Petitioner's Motion for Stay of Execution, filed December 20, 2006, requesting a stay without posting a supersedeas bond as required under Fed. R. Civ. P. 62(d) and the Petitioner having failed to show any adequate cause for waiving that requirement, it is

        ORDERED that the motion to stay execution is denied.

        DATED:   January 3, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge